IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Rosietter G

Printed: 4/29/08

Case Number: 06 B 03267
Judge: Hollis, Pamela S
Filed: 3/29/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: March 17, 2008
Confirmed: July 24, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 7,350.00 |  |
| Secured: |  | 4,973.69 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 376.31 |
| Other Funds: |  | 0.00 |
| Totals: | 7,350.00 | 7,350.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 2,079.00 | 2,000.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial | Secured | 0.00 | 0.00 |
| 4. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 5. | Overland Bond & Investment Corp | Secured | 4,500.00 | 2,873.30 |
| 6. | Heights Finance Corp | Secured | 3,487.00 | 831.67 |
| 7. | Wells Fargo Home Mortgage | Secured | 13,444.90 | 1,268.72 |
| 8. | Internal Revenue Service | Priority | 2,837.64 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 2,806.76 | 0.00 |
| 10. | General Motors Acceptance Corp | Unsecured | 5,188.37 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 312.06 | 0.00 |
| 12. | Overland Bond & Investment Corp | Unsecured | 3,452.24 | 0.00 |
| 13. | Heights Finance Corp | Unsecured | 691.79 | 0.00 |
| 14. | Nationwide Acceptance Corp | Unsecured | 1,005.22 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 1,309.02 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | 17,563.46 | 0.00 |
| 17. | Great American Finance Company | Secured |  | No Claim Filed |
| 18. | Heights Finance Corp | Unsecured |  | No Claim Filed |
| 19. | Heights Finance Corp | Unsecured |  | No Claim Filed |
| 20. | Heights Finance Corp | Unsecured |  | No Claim Filed |
| 21. | Heights Finance Corp | Unsecured |  | No Claim Filed |
| 22. | Great American Finance Company | Unsecured |  | No Claim Filed |
| 23. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 24. | Personal Finance Company | Unsecured |  | No Claim Filed |
| 25. | Genesis Financial Solutions, Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Rosietter G

Printed: 4/29/08

Case Number: 06 B 03267
Judge: Hollis, Pamela S
Filed: 3/29/06

| # | Creditor | Type | | |
|---|---|---|---|---|
| 26. | South Division Credit Union | Unsecured | | No Claim Filed |
| 27. | WF Finance | Unsecured | | No Claim Filed |
| 28. | FCNB Master Trust | Unsecured | | No Claim Filed |
| 29. | Universal Lenders Inc | Unsecured | | No Claim Filed |
| 30. | Heights Finance Corp | Unsecured | | No Claim Filed |
| 31. | Citibank | Unsecured | | No Claim Filed |
| 32. | Citi-Bp Oil | Unsecured | | No Claim Filed |
| 33. | Education Direct | Unsecured | | No Claim Filed |
|   |   |   | _____ | _____ |
|   |   |   | $ 58,677.46 | $ 6,973.69 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 27.40 |
| 5% | 106.34 |
| 4.8% | 100.80 |
| 5.4% | 141.77 |
|   | _____ |
|   | $ 376.31 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

